IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JAMES LEE WILLIS | § | |
| --- | --- | --- |
| | § | |
| Petitioner, | § | |
| | § | NO. 3-07-CV-1520-P |
| VS. | § | NO. 3-07-CV-1522-P |
| | § | NO. 3-07-CV-1523-P |
| NATHANIEL QUARTERMAN, Director | § | NO. 3-07-CV-1524-P |
| Texas Department of Criminal Justice, | § | NO. 3-07-CV-1525-P |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 4th day of January, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE